UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS, INC.,

          Plaintiff,

v.

GAMBER JOHNSON, LLC.,

          Defendant.

No. C04-2524MJP

ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION PRIOR TO MARKMAN HEARING

      This matter comes before the Court on Defendant's Motion for Leave to File Dispositive Motion Prior to Markman Hearing. Having reviewed Defendant's Motion, Plaintiff's Response, and all other pertinent documents, the Court DENIES Defendant's Motion. In light of the fact that discovery in this case is still pending and because of the complex nature of claim construction in patent cases, the Court prefers to defer all dispositive motions until after the Markman hearing, which is currently scheduled for February 17, 2006 in this case.

The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.

      Dated: November 3, 2005.

                                Marsha J. Pechman
                                United States District Judge

ORDER - 1